Eastern District of Kentucky
FILED
JUN 1 1 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL ACTION NO.** 09-22-DLB

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **MOTION TO SEAL INDICTMENT**

**DONALD E. DYER** **DEFENDANT**

* * * * *

Comes now the United States of America, by and through counsel, Anthony J. Bracke, Assistant United States Attorney for the Eastern District of Kentucky, and moves this Court to enter an Order sealing the Indictment, this Motion and the Court's Order.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: ______________________

Anthony Bracke
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
859-655-3200
FAX 859-655-3212
Anthony.Bracke@usdoj.gov