**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

Eastern District of Kentucky
FILED
JUN 1 1 2009
AT COVINGTON
LESLIE ... ER
CLERK U S ... COURT

**CRIMINAL ACTION NO.** 09-21-DCB

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER**

**GREGORY HALL** **DEFENDANT**

* * * * *

Upon motion of the United States to seal the Indictment, Motion and the Court's Order in this case, and for good cause shown, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Indictment, this Motion and the Court's Order be, and it is, hereby sealed until further orders of the Court.

On this 11th day of June, 2009.

J. Gregory Wehrman

UNITED STATES MAGISTRATE JUDGE