**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

Eastern District of Kentucky
FILED
JUN 1 1 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**CRIMINAL ACTION NO.** 09-21-DLB

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **<u>MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT</u>**

**GREGORY HALL** **DEFENDANT**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, GREGORY HALL, returnable forthwith.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: ______________________

Anthony Bracke
Assistant United States Attorney
207 Grandview Drive
Ft. Mitchell, Kentucky 41017
859-655-3200
FAX 859-655-3212
Anthony.Bracke@usdoj.gov