**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

Eastern District of Kentucky
FILED
JUN 11 2009
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

**CRIMINAL ACTION NO.** 09-22-DLB

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **ORDER FOR ISSUANCE OF ARREST WARRANT**

**DONALD E. DYER** **DEFENDANT**

* * * * *

The Court ORDERS that the Motion of the United States for issuance of an arrest warrant is GRANTED, and an Arrest Warrant is ISSUED for the Defendant, DONALD E. DYER.

On this 11th day of June, 2009.

J. Gregory Wehrman
UNITED STATES MAGISTRATE JUDGE

Copies: United States Marshal
United States Probation
Anthony Bracke, Assistant United States Attorney