UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT
ASHLAND

Eastern District of Kentucky
FILED
SEP 12 2011
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

CRIMINAL ACTION NO. 0:09-cr-22-DLB

UNITED STATES OF AMERICA PLAINTIFF

VS: RECEIPT FOR PLEA AGREEMENT(S)

DONALD E. DYER DEFENDANT

I hereby acknowledge receipt of the Plea Agreement(s), filed into the record on 10/15/09 at DE#21.

Date: 9/9/11

United States Attorney's Office
Lexington, Kentucky

Please sign and return to the Clerk's Office within seven (7) days